UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' PENSION
FUND, NORTH CENTRAL STATES
REGIONAL COUNCIL OF CARPENTERS
HEALTH FUND, NORTH CENTRAL
STATES REGIONAL COUNCIL OF
CARPENTERS' VACATION FUND, NORTH
CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' APPRENTICESHIP &
JOURNEYMAN TRAINING FUND, LABOR
MANAGEMENT COOPERATION TRUST
FUND, NORTH CENTRAL STATES
REGIONAL COUNCIL OF CARPENTERS'
DEFINED CONTRIBUTION PENSION FUND
and BRIAN GENTRY (in his capacity as
Trustee),

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS,

PAINTERS LOCAL 802 PENSION FUND,
PAINTERS LOCAL 802 HEALTH FUND
PAINTERS LOCAL 802 APPRENTICESHIP
FUND and JEFF MEHRHOFF (in his
capacity as Trustee),

PAINTERS UNION LOCAL No. 802,

    Plaintiffs,

 v.              Case No. 10-CV-258

KOPPES DRYWALL, INC. and
ORLAND KOPPES,

    Defendants.

---

### ORDER FOR JUDGMENT

Based upon the Stipulation for Judgment signed by the Plaintiffs and Defendants Koppes Drywall, Inc. and Orland Koppes, now on file, the Court hereby enters judgment in favor of the Plaintiffs and against Defendant Koppes Drywall, Inc. in the amount of $44,300.66 and that the claims against Defendant Orland Koppes are hereby dismissed.

Dated this 17th day of June, 2011.

*Barbara B Crabb*
Judge, United States District Court